# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| PENNSYLVANIA INSERT CORPORATION, | ) |
| | ) Civil Action No. |
| Plaintiff, | )  2:05-cv-04378 HB |
| | ) |
| v. | ) |
| | ) |
| BOWCO INDUSTRIES, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

_____

**Notice of Dismissal**
(filed electronically)

Pursuant to F. R. Civ. P., Rule 41(a)(1) plaintiff hereby dismisses this action prior to service by an adverse party of an answer or motion for judgment.

                      Respectfully submitted,
                      Pennsylvania Insert Corporation.

      By:  s/ <u>JOHN J. MARSHALL</u>
           Drinker Biddle & Reath LLP
           1000 Westlakes Drive, Suite 300
           Berwyn, PA 19312
           Tele: (610) 993-2274)
           Fax: (610) 993-8585
           Email: john.marshall@dbr.com
           PA 30,574

December 08, 2005